Ronald D Patton          Cause No,          Criminal Court of Appeals
          V                    D1DC142056010.   Capitol Station
State of Texas                                 Austin Texas

                                               83,620-01,02

      Dear Clerk of the Court,

      I just wanted to say thanks for mailing
me my Application for writ of Mandamus
WR-83,620-01 and Original writ of Prohibition
WR-83,620-02 of 7-10-15,

      Although, Both writs were Denied on
August 7, 2015 in the 299th District Court,

      Could you please advise me if these
2 writs are still current?

      And Do I File motion with this Court,
or the Court of Appeals to have them
Issued,

      I am Struggling with Legal Research
and cannot seem to Find the Rules on
How to put these 2 writs into Operation,

                          I can't thank you enough
Date: 12th Day
August                    I appreciate your time
2015
                          With Abiding Respect

                          Ronald D. Patton

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 20 2015

Abel Acosta, Clerk